UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 2729-LAB |
| Plaintiff | ) | CRIMINAL NO. 08 M 2234 |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Severo-Garcia | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~ Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

E. G-A
(NOT ARRAIGNED)

DATED: 8/14/08

RECEIVED _____ DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
Deputy Clerk

M. BEHNING